

RECEIVED

AUG 1 1 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

ANTHONY MCQUEEN  **DOCKET NO. 10-CV-0847; SEC. P**

VERSUS  **JUDGE DEE D. DRELL**

FEDERAL BUREAU OF PRISONS, ET AL.  **MAGISTRATE JUDGE JAMES D. KIRK**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this _11_ day of ___AUGUST___, 2010.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**