

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANTHONY MCQUEEN            DOCKET NO. 10-CV-0847; SEC. P

VERSUS            JUDGE DEE D. DRELL

FEDERAL BUREAU OF PRISONS, ET AL.      MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915A.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 27th day of April, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE